[No. 26768-7-III.  Division Three.  January 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RITA M. YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 07-1-00222-4, Robert L. Zagelow, J., entered December 17, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26828-4-III.  Division Three.  January 8, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ZACHARY J. SCHACKEL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 07-1-03808-7, Jerome J. Leveque, J., entered January 24, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Sweeney, J.

[No. 26880-2-III.  Division Three.  January 8, 2009.]

WASHINGTON TRUST BANK, *Respondent*, v. RIVER GORGE ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Grant County, No. 06-2-00590-9, Evan E. Sperline, J., entered January 22, 2008. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, C.J., and Korsmo, J.

[No. 60342-6-I.  Division One.  January 12, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY LAMONT HOLLOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-03657-0, Dean Scott Lum, J., entered July 3, 2007. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Ellington and Lau, JJ.